Ronald L. Richman, SBN 139189
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
Telephone: (415) 352-2700
Facsimile: (415) 352-2701

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NOTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER THOMAS RUCKER, individually and dba CHRISTOPHER THOMAS RUCKER, GENERAL CONTRACTOR and CTR PRECISION BUILDERS,<br><br>Defendants. | Case No.: C06-6163 PJH<br><br>**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE;** ~~PROPOSE~~D **ORDER**<br><br>Date: January 11, 2007<br>Time: 2:30 p.m.<br>Ctroom: 3, 17th Floor<br>Hon. Phyllis J. Hamilton |

///

///

///

///

1. In conjunction with this Statement in Lieu of Case Management Conference Statement, counsel is filing the Substitution of Counsel. The law firm of Bullivant Houser Bailey PC is substituting in as new counsel for Plaintiffs. Bullivant Houser Bailey PC will proceed with the default of Defendants.

Defendants were served on October 16, 2006 and failed to respond. On December 19, 2006 prior counsel filed Plaintiffs' Request for Entry of Default and Declaration of Anne Bevington in Support of Plaintiffs' Request for Entry of Default. Plaintiffs are waiting for the Clerk to enter the default of Defendants.

In light of the Substitution of Counsel and the impending entry of default against Defendants, Plaintiffs request that the Case Management Conference, currently scheduled for January 11, 2007 be continued for 90 days to a date convenient for the Court, so that new counsel may have time to become fully apprised of this litigation file and proceed with a motion for default judgment.

DATED:  January 2, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for January 11, 2007 at 2:30 p.m. be continued to __April 12_____, 2007 at 2:30 p.m., Courtroom 3, 17th Floor.

DATED: January _8_, 2007



_____
Judge Phyllis J. Hamilton
IT IS SO ORDERED