Ronald L. Richman, SBN 139189
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
Telephone: (415) 352-2700
Facsimile: (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NOTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTOPHER THOMAS RUCKER, individually and dba CHRISTOPHER THOMAS RUCKER, GENERAL CONTRACTOR and CTR PRECISION BUILDERS, <br><br> Defendants. | Case No.: C06-6163 PJH <br><br> **PLAINTIFFS' SUPPLEMENTAL STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER** <br><br> Date: April 12, 2007 <br> Time: 2:30 p.m. <br> Ctroom: 3, 17th Floor <br> Hon. Phyllis J. Hamilton |

/ / /

/ / /

/ / /

/ / /

1  Plaintiffs offer this Supplemental Statement in Lieu of the Case Management
2  Conference Statement.
3  Defendants were served on October 16, 2006 and failed to respond. On December 19,
4  2006 prior counsel filed Plaintiffs' Request for Entry of Default and Declaration of Anne
5  Bevington in Support of Plaintiffs' Request for Entry of Default. On January 12, 2007 the Clerk
6  of Court entered the default of defendants.
7  Plaintiffs will proceed via default. Plaintiffs anticipate that the motion for default
8  judgment will be on file within 30 days.
9  Based on the above, Plaintiffs respectfully request that this Court continue the Case
10 Management Conference for thirty days. At that time, Plaintiffs will have their motion for
11 default judgment on file and this Court will not need to proceed with a case management
12 conference.
13 DATED: April 3, 2007

BULLIVANT HOUSER BAILEY PC

By  *[signature]*
Ronald L. Richman

Attorneys for Plaintiffs

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for April 12, 2007 at 2:30 p.m. be continued to __May 17__, 2007 at 2:30 p.m., Courtroom 3, 17th Floor.

DATED: April _5_, 2007

By _____

*IT IS SO ORDERED*
*[signature]*
*Judge Phyllis J. Hamilton*

(United States District Court, Northern District of California seal)