Ronald L. Richman, SBN 139189
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
Telephone:    (415) 352-2700
Facsimile:    (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NOTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTOPHER THOMAS RUCKER, individually and dba CHRISTOPHER THOMAS RUCKER, GENERAL CONTRACTOR and CTR PRECISION BUILDERS, <br><br> Defendants. | Case No.: C06-6163 PJH <br><br> **PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER** <br><br> Date:    May 15, 2007 <br> Time:    2:30 p.m. <br> Ctroom:  3, 17th Floor <br>          Hon. Phyllis J. Hamilton |

///

///

///

///

-1-

In conjunction with this Statement in Lieu of Case Management Conference Statement, counsel is filing the Substitution of Counsel.

Defendants were served on October 16, 2006 and failed to respond. The Clerk of Court entered the default of Defendants on January 12, 2007.

Plaintiffs are in the process of completing a Motion for Default Judgment and will have the Motion for Default Judgment on file with this Court on or before May 30, 2007.

Based on the above, Plaintiffs respectfully request that this Court take the Case Management Conference off calendar.

DATED: May 11, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for May 15, 2007 at 2:30 p.m. be ~~vacated~~ continued and that Plaintiffs' file their Motion for Default Judgment on or before May 30, 2007. Case Management Conference set for 6/28/07 at 2:30 p.m. if no motion is filed by then.

DATED: May __14__, 2007

By _____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Phyllis J. Hamilton