1   Ronald L. Richman, SBN 139189
    Bullivant Houser Bailey PC
2   601 California Street, Suite 1800
    San Francisco, CA  94108
3   e-mail: ron.richman@bullivant.com
    Telephone:    (415) 352-2700
4   Facsimile:    (415) 352-2701

5
    Attorneys for Plaintiffs
6

7                   UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10  BOARD OF  TRUSTEES OF THE            Case No.: C06-6163 PJH (EDL)
    LABORERS HEALTH AND WELFARE
11  TRUST FUND FOR NOTHERN
    CALIFORNIA; BOARD OF TRUSTEES OF     **PLAINTIFFS' STATEMENT IN LIEU OF**
12  THE LABORERS VACATION-HOLIDAY        **CASE MANAGEMENT CONFERENCE;**
    TRUST FUND FOR NORTHERN              ~~**PROPOSED**~~ **ORDER**
13  CALIFORNIA; BOARD OF TRUSTEES OF
    THE LABORERS PENSION TRUST FUND
14  FOR NORTHERN CALIFORNIA; and
    BOARD OF TRUSTEES OF THE LABORERS    Date:       June 28, 2007
15  TRAINING AND RETRAINING TRUST        Time:       2:30 p.m.
    FUND FOR NORTHERN CALIFORNIA,        Ctroom:     3, 17th Floor
16                                                   Hon. Phyllis J. Hamilton

17
                Plaintiffs,
18
        v.
19
    CHRISTOPHER THOMAS RUCKER,
20  individually and dba CHRISTOPHER
    THOMAS RUCKER, GENERAL
21  CONTRACTOR and CTR PRECISION
    BUILDERS,
22
                Defendants.
23

24
    / / /
25
    / / /
26
    / / /
27
    / / /
28

                                    -1-
    PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; PROPOSED
                                   ORDER

1    On May 25, 2007 Plaintiffs filed their motion for default judgment against Defendants.

2  Defendants filed no opposition.  Hearing on the motion is set before Magistrate Judge Laporte

3  on July 10, 2007.

4    Based on the above, Plaintiffs respectfully request that the Case Management

5  Conference, currently scheduled for June 28, 2007 be continued for 90 days to a date convenient

6  for the Court.  It is anticipated that after the motion for default judgment will be granted and that

7  there will be no need for any further case management conference.

8  DATED:  June 22, 2007

9

10                                      BULLIVANT HOUSER BAILEY PC

11

12                          By  _____
                                              Ronald L. Richman

13

14                                      Attorneys for Plaintiffs

15

16                          **CASE MANAGEMENT ORDER**

17

18    The Court having read Plaintiffs' Statement in Lieu of Case Management Conference

19  Statement and good cause appearing therefore:

20    IT IS HEREBY ORDERED that the Case Management Conference currently scheduled

21  for June 28, 2007 at 2:30 p.m. be continued to _____August 30_____, 2007 at 2:30 p.m.,

22  Courtroom 3, 17th Floor.

23  DATED:  June _25_, 2007

24

25                          By  _____
                                HON. PH[...]ON
26                                UNITED STA[...]JUDGE

27

28

6082011.1

-2-

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; PROPOSED
ORDER