UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
LABORERS HEALTH AND
WELFARE TRUST FUND FOR
NORTHERN CALIFORNIA, et al.,

      Plaintiffs,

      v.

CHRISTOPHER T. RUCKER,

      Defendant.
_____/

No. C 06-6163 PJH

**ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION**

      The court has reviewed Magistrate Judge Laporte's report and recommendation re plaintiff's motion for default judgment. Defendant filed no objections to the report. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the court finds that the motion for default judgment must be GRANTED.

      Defendant Christopher T. Rucker, individually and dba Christopher Thomas Rucker, General Contractor and as CTR Precision Builders, shall permit an auditor for the plaintiff Trust Funds to come onto his premises and shall submit to an audit of his financial records for the period from October 6, 2004, through April 30, 2007, for the purpose of determining the amount of fringe benefit contributions owed; and shall also provide relevant records requested by the auditor as indicated above.

      The court finds further that judgment must be entered in plaintiffs' favor for $35,115.12, which includes $18,513.22 in delinquent contributions, $9,356.02 in interest on those delinquent contributions, $723.54 in liquidated damages and interest on certain

contributions that defendants paid belatedly, and $6,522.34 in attorney's fees and costs. Post-judgment interest thereon will accrue at the rate of 1.5% per month until the judgment is fully satisfied.

The court will reserve jurisdiction over the parties and the subject matter to enforce the injunction and to entertain a motion for a further money judgment, should the audit disclose additional amounts that may be owed by defendant to the Trust Funds.

**IT IS SO ORDERED.**

Dated:  August 31, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge